DEDRICK (ADAMSON v.).   See Case No. 74.

---

## Case No. 3,734a.
### DEEGAN v. The CERES.
[Nowhere reported; opinion not now accessible.]